**SEALED**

McGREGOR W. SCOTT
United States Attorney
KATHERINE SCHUH
LAURA JEAN BERGER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-cr-00042-NONE-SKO |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| CHARLES PORTER | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on FEBRUARY 11, 2021 charging the above defendant with violations of 18 U.S.C. § 113(a)(1) – Assault with Intent to Commit Aggravated Sexual Abuse (ONE COUNT); 18 U.S.C. § 113(a)(2) – Assault with Intent to Commit Abusive Sexual Contact (ONE COUNT); 18 U.S.C. § 2241(a)(1) – Attempted Aggravated Sexual Abuse (ONE COUNT); 18 U.S.C. § 2244(b) – Abusive Sexual Contact (ONE COUNT); 18 U.S.C. § 113(a)(4) – Assault by Striking or Wounding (ONE COUNT); 18 U.S.C. § 2253(a) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody

or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: February 11, 3032

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By  /s/ Katherine Schuh
KATHERINE SCHUH
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: February 11, 2021

SHEILA K. OBERTO
U.S. Magistrate Judge