IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 1-21-CR-00042-NONE-SKO |
| Plaintiff | UNSEALING ORDER |
| v. | |
| CHARLES PORTER, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown due to the defendant's pending Arraignment on the Indictment in the Eastern District of California,

IT IS HEREBY ORDERED that the Indictment, arrest warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated:   **March 12, 2021**          /s/ *Barbara A. McAuliffe*          
                                   UNITED STATES MAGISTRATE JUDGE

[PROPOSED] UNSEALING ORDER