PHILLIP A. TALBERT
United States Attorney
KATHERINE E. SCHUH
LAURA JEAN BERGER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>CHARLES PORTER,<br><br>       Defendant. | CASE NO. 1:21-CR-00042-NONE-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 22, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on February 22, 2022, with a trial confirmation hearing set for January 28, 2022.

2. By this stipulation, defendant now moves to continue the trial until April 5, 2021, and to exclude time between February 22, 2022, and April 5, 2021, under Local Code T4, and to VACATE the January 28, 2022 trial confirmation hearing.

3. The parties agree and stipulate, and request that the Court find the following:

  a) The government has represented that the discovery associated with this case includes investigative reports, interview transcripts, interview recordings, phone downloads, and photographs. All of this discovery has been either produced directly to counsel and/or made

1  available for inspection and copying.

2          b)      Counsel for defendant desires additional time review discovery, conduct

3  investigation into the charges, and discuss the charges with his client.  Counsel for the defendant

4  also has a state court murder trial taking place in January that will impact his ability to prepare

5  for trial on the date previously set.

6          c)      Counsel for defendant believes that failure to grant the above-requested

7  continuance would deny him/her the reasonable time necessary for effective preparation, taking

8  into account the exercise of due diligence.

9          d)      The government does not object to the continuance.

10          e)      Based on the above-stated findings, the ends of justice served by continuing the

11  case as requested outweigh the interest of the public and the defendant in a trial within the

12  original date prescribed by the Speedy Trial Act.

13          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14  et seq., within which trial must commence, the time period of February 22, 2022 to April 5,

15  2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

16  T4] because it results from a continuance granted by the Court at defendant's request on the basis

17  of the Court's finding that the ends of justice served by taking such action outweigh the best

18  interest of the public and the defendant in a speedy trial.

19  \\\

20  \\\

21  \\\

22  \\\

23  \\\

24  \\\

25  \\\

26  \\\

27  \\\

28  \\\

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

5

6

7  Dated:  December 30, 2021          PHILLIP A. TALBERT
                                      United States Attorney

8

9                                     /s/ KATHERINE E. SCHUH
                                      KATHERINE E. SCHUH
10                                    Assistant United States Attorney

11

12  Dated:  December 30, 2021          /s/ Richard Beshwate
                                      Richard Beshwate
13                                    Counsel for Defendant
                                      CHARLES PORTER

14

15

16                          **FINDINGS AND ORDER**

17        IT IS SO ORDERED.

18

19

20  DATED:   1/3/2022          *Sheila K. Oberto*

21                             THE HONORABLE SHEILA K. OBERTO
                               UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28