PHILLIP A. TALBERT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00042-JLT |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE; ORDER |
| v. | |
| CHARLES PORTER, | DATE: July 8, 2022 |
| | COURT: Hon. Jennifer L. Thurston |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 8, 2022.

2. By this stipulation, defendant now moves to continue the sentencing until September 30, 2022. As this is a sentencing and the defendant was found guilty at jury trial, no exclusion of time under the Speedy Trial Act is required.

IT IS SO STIPULATED.

///

///

STIPULATION REGARDING SENTENCING                    1

| | |
|---|---|
| Dated: June 13, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ LAURA JEAN BERGER<br>LAURA JEAN BERGER<br>Assistant United States Attorney |
| Dated: June 13, 2022 | /s/ RICHARD BESHWATE<br>RICHARD BESHWATE<br>Counsel for Defendant<br>CHARLES PORTER |

**ORDER**

IT IS SO ORDERED.

Dated:   **June 13, 2022**                                    _____
                                                                              UNITED STATES DISTRICT JUDGE