PHILLIP A. TALBERT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00042-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE; ORDER |
| v. | |
| CHARLES PORTER, | DATE: September 30, 2022<br>COURT: Hon. Jennifer L. Thurston |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 30, 2022.

2. By this stipulation, defendant now moves to continue the sentencing until October 28, 2022. As this is a sentencing and the defendant has already been found guilty by jury trial, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desires additional time to prepare for sentencing.

   b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)   The government does not object to the continuance.

IT IS SO STIPULATED.

Dated:  September 13, 2022                                     PHILLIP A. TALBERT
                                                                                     United States Attorney

                                                                                     /s/ LAURA JEAN BERGER
                                                                                     LAURA JEAN BERGER
                                                                                     Assistant United States Attorney

Dated:  September 13, 2022                                     /s/ RICHARD BESHWATE
                                                                                     RICHARD BESHWATE
                                                                                     Counsel for Defendant
                                                                                     CHARLES PORTER

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **September 14, 2022**                                      _____
                                                                                     UNITED STATES DISTRICT JUDGE